Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANH TRONG NGUYEN,

                    Plaintiff,

          v.

TRIDENT SEAFOODS
CORPORATION, et al.,

                    Defendants.

No. C08-1122 RAJ

ORDER OF DISMISSAL

        THE COURT, having been notified of the settlement of this matter and it
appearing that no issue remains for the Court's determination,

        IT IS ORDERED that this action and all claims asserted herein are
DISMISSED with prejudice and without costs to any party.

        In the event settlement is not perfected, any party may move to reopen the
case, provided such motion is filed within **60** days of the date of this order.  Any trial
date and pretrial dates previously set are hereby VACATED.

        DATED this 29th day of January, 2009.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL – 1